IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: }
STOVALL, ROBERT , } CASE NO: 08-32209-DHW
SSN xxx-xx-7015, }
    Debtor. }

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY FILED BY SAXON MORTGAGE SERVICES

This matter coming before the Court on the Motion for Relief from Automatic Stay and Co-Debtor Stay filed by SAXON MORTGAGE SERVICES (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Chapter 13 plan is hereby amended to provide for a fixed payment and add the post-petition mortgage payments through January, 2009 plus the attorney fees and costs in connection with Creditor's Motion for Relief from Stay. The Creditor may file a claim for that amount.

   | | |
   |---|---|
   | 1 payment @ $869.12 for 01/09: | $ 869.12 |
   | Minus partial payment: | ($ 25.34) |
   | Attorney Fees and Costs: | $ 800.00 |
   | Total: | $1,643.78 |

2. The Creditor may file an amended pre-petition and post-petition claim for **TOTAL ARREARAGE** of $4,202.54.
3. The Chapter 13 plan payments are hereby increased to $363.00 weekly.
4. The fixed payments to the Creditor are increased to $85.00 per month.
5. The Motion for Relief from Stay and Co-Debtor Stay filed by SAXON MORTGAGE SERVICES is hereby conditionally denied. However, should the Debtor fail to make any payment within thirty days from its due date beginning February, 2009, the Motion for Relief from Stay and Co-Debtor Stay is granted without further order of the Court. Further, the Creditor is allowed to communicate with the Debtor(s) any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this order.

Done this the 11th day of February, 2009.

    /s/ Dwight H. Williams, Jr.
    United States Bankruptcy Judge

Prepared by:
SUSANNAH WALKER
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: 205-930-5424

This order was approved by Debtor's attorney and Curtis C. Reding, Trustee.