3/9/2010

DOr Frank M. Johnson, Jr. Federal Courthouse Annex
One Church Street
Montgomery, AL 36104

**FILED**

**MAR 15 2010**

U.S. BANKRUPTCY COURT
MONTGOMERY, ALABAMA

RE:      Case No. 08-32209
Debtor: Robert Stovall
Loan Number: ******4038

Dear Bankruptcy Court,

Enclosed is a "Payment Change Notice" being submitted on behalf of LENDER for entry on the court docket in the above referenced case. This notice is being submitted for informational purposes only; it is not intended to be a motion, nor is it requesting any form of relief from the Court.

**Payment consists of:**
Principal & Interest: $780.54
Escrow: $74.66
Total Payment Amount: $855.20
Effective: 3/1/2010

Attached please find:
- 1 copy of the Payment Change Notice

Thank you in advance for your cooperation.

Sincerely,

Creditor:
Saxon Mortgage Services, Inc.
4708 Mercantile Drive
Fort Worth, TX 76137
Loan Number: ******4038
Debtor Attorney:
Vonda S McLeod
566 S Perry Street
PO Box 201
Montgomery, AL 36101
Trustee:
Curtis C Reding
PO Box 173
Montgomery, AL 36101

MAILING ADDRESS, PHONE NUMBER AND SOCIAL SECURITY/TIN # CHANGE REQUEST

Mailing Address

City　　　　　　　　　　　　　　　　State　　　　　　　　Zip Code

(　　)　　　　　　　　　　　　　　　(　　)
Home Phone #1　　　　　　　　　　　Business Phone #1

(　　)　　　　　　　　　　　　　　　(　　)
Home Phone #2　　　　　　　　　　　Business Phone #2

Borrower SSN/TIN #　　　　　　　　　Name (please print)

Co-Borrower SSN/TIN #　　　　　　　Name (please print)

X _____
Borrower Signature(s)　　　　　　　　　　　　　　　Date

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## ACCOUNT HISTORY

LOAN NUMBER:　　4038　　　　　　　　　　　　　DATE:　JANUARY 22, 2010

This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments and disbursements. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred.

An asterisk (*) indicates a difference in either the amount or date. When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

PAYMENT(S)
- Monthly payment(s) received were lesser OR greater than expected
- Monthly payment(s) received earlier OR later than expected
- Previous overage was returned to escrow
- Previous deficiency/shortage not paid entirely

TAXES
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

INSURANCE
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Forced placed insurance premium paid

| MONTH | PAYMENTS TO ESCROW PROJECTED | ACTUAL | PAYMENTS FROM ESCROW PROJECTED | ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ACTUAL |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | STARTING BALANCE | 797.26 | 1,130.00- |
| 03/09 | 88.58 | .00 | .00 | .00 |  | 885.84 | 1,130.00- |
| 04/09 | 88.58 | .00 | .00 | .00 |  | 974.42 | 1,130.00- |
| 05/09 | 88.58 | 110.72 | .00 | .00 |  | 1,063.00 | 1,019.28- |
| 06/09 | 88.58 | .00 | .00 | .00 |  | 1,151.58 | 1,019.28- |
| 07/09 | 88.58 | 110.72 | 1,063.00- | .00 |  | 177.16 | 908.56- |
| 08/09 | 88.58 | .00 | .00 | .00 |  | 265.74 | 908.56- |
| 09/09 | 88.58 | 110.72 | .00 | .00 |  | 354.32 | 797.84- |
| 10/09 | 88.58 | 110.72 | .00 | .00 |  | 442.90 | 687.12- |
| 11/09 | 88.58 | 221.44 | .00 | 896.00-* | FIRE INSURANC | 531.48 | 1,361.68- |
| 12/09 | 88.58 | 110.72 | .00 | .00 |  | 620.06 | 1,250.96- |
| 01/10 | 88.58 | .00 | .00 | .00 E |  | 708.64 | 1,250.96- |
| 02/10 | 88.58 | .00 | .00 | .00 E |  | 797.22 | 1,250.96- |
| TOTAL | 1,062.96 | 775.04 | 1,063.00- | 896.00- |  |  |  |